The Union Railway Company and The Chester Traction Company *v.* The Philadelphia, Wilmington & Baltimore Railroad Company, Appellant.

Argued Feb. 10, 1897. Appeal, No. 589, Jan. T., 1896, by defendant, from decree of C. P. Delaware Co., June T., 1896, No. 5, on bill in equity. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, and FELL, JJ. Decree set aside.

*J. B. Hannum*, for appellant.

*W. B. Broomall*, for appellees.

OPINION BY MR. JUSTICE WILLIAMS, March 22, 1897:

This appeal presents the same questions, and the record is in the same condition, as that of the appeal between the same parties just disposed of. It is not necessary to repeat what has been said in the opinion filed in that case. For reasons there

fully stated, the decree in this case is set aside together with all proceedings in the cause had after the case was put at issue, except such as relates to the testimony of sick, aged, absent and way-going witnesses. Each party to pay its own cost made since the cause was at issue. Prior costs to abide final order.